UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ALCHEMY ADVISORS, LLC,            )
                                  )
            Plaintiff,            )
                                  )
       v.                         )    No.  4:08CV1964 FRB
                                  )
CEDARBURG PHARMACEUTICALS, INC.,  )
et al.,                           )
                                  )
            Defendants.           )

**ORDER**

In accordance with defendant/counterclaim plaintiff, cross-claim plaintiff Cedarburg Pharmaceuticals, Inc.'s Stipulation of Dismissal with Prejudice (Doc. #103); and plaintiff Alchemy Advisors L.L.C.'s Stipulation of Dismissal with Prejudice (Doc. #104),

**IT IS HEREBY ORDERED** that this cause of action is dismissed with prejudice, as to all claims as between all parties.[1]

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE

Dated this  _11th_  day of April, 2011.

---

[1] The undersigned accepts Cedarburg Pharmaceutical, Inc.'s averment that, pursuant to its previous merger with Cedarburg Pharmaceuticals, LLC, under Wisconsin law, a dismissal by Cedarburg Pharmaceuticals, Inc., is a dismissal by Cedarburg Pharmaceuticals, LLC. (See Stipulation, Doc. #103 at n.1.)